## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re ) | |
| ) | |
| SAMUEL COLON, JR. ) | |
| ALICE COLON, ) | CHAPTER 13 |
| DEBTORS ) | |
| ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | 15- 22082 |
| MOVANT ) | |
| ) | ECF No_____ |
| vs. ) | |
| ) | |
| SAMUEL COLON, JR., ) | |
| ALICE COLON, ) | |
| MOLLY T. WHITON, ESQ., CH. 13 TRUSTEE ) | |
| ) | AUGUST 5, 2016 |
| RESPONDENTS ) | |

## OBJECTION TO MOTION FOR RELIEF

SAMUEL COLON, JR. and ALICE COLON, the Debtors, by and through Counsel, Suzann L. Beckett, Esq., hereby object to the Movant's Motion for Relief filed on or about July 26, 2016, on the grounds indicated below:

1. Upon information and belief, the debtors are current on their monthly mortgage payments.

WHEREFORE, Debtors respectfully request that the Motion for Relief be denied in its entirety; that no fees be awarded to the Movant for appearing at any hearing on this matter; and such other relief as the Court deems appropriate.

*Beckett Law, LLC*
*543 Prospect Avenue, Hartford, CT  06105*
*Ph:  860-236-1111*

Dated at Hartford, Connecticut this 5th day of August, 2016.

                                                   DEBTORS,
                                                   BY THEIR ATTORNEY

                              By:     /s/  Suzann L Beckett
                                      Suzann L. Beckett, Esq. (ct02186)
                                      Beckett Law, LLC
                                      543 Prospect Avenue
                                      Hartford, CT   06105
                                      PH: (860) 236-1111
                                      Fax: (860) 236-0050
                                      Suzannb@beckett-law.com