# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re                                         )
                                              )
    SAMUEL COLON, JR.                    )
    ALICE COLON,                         )        CHAPTER 13
    DEBTORS                              )
                                              )
_____               )
                                              )
U.S. BANK NATIONAL ASSOCIATION,               )
    MOVANT                               )        15- 22082
                                              )
vs.                                           )        ECF No_____
                                              )
                                              )
SAMUEL COLON, JR.,                            )
ALICE COLON,                                  )
MOLLY T. WHITON, ESQ., CH. 13 TRUSTEE         )
                                              )
    RESPONDENTS                          )        AUGUST 5, 2016
                                              )
_____               )

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 5th day of August, 2016, the following document was served on the U.S. Trustee and all appearing parties via the Court's electronic filing system or, by first class mail on the parties listed below:

1. Documents Served:
   a. Objection to Motion for Relief
   b. Certificate of Service

2. Parties Served via ECF:
   a. U.S. Trustee (USTPRegion02.NH.ECF@USDOJ.GOV)
   b. Molly T. Whiton, Esq., Ch. 13 Trustee (mtwhiton@mtwhiton.com)
   c. Patricia Davis, Esq. (pdavis@mlg-defaultlaw.com)
   d. Cynthia Lauture, Esq. (Cynthia.lauture@hartford.gov)
   e. David Lavery, Esq. (dlavery@ctfairhousing.org)

3. Parties Served via First Class Mail:
   a. Samuel Colon & Alice Colon, 77 Arnold Street Hartford,   CT 06106

b. CHIF, 121 Tremont Street, Hartford, CT 06103
c. Connecticut Housing Finance Authority, 121 Tremont Street, Hartford, CT 06105
d. Synchrony Bank c/o Recovery Management Systems Corp., 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605
e. City of Hartford c/o Tax Collector, 550 Main Street, Hartford, CT 06103-2992
f. Webster Bank, 145 Bank Street, Waterbury, CT  06702
g. Metropolitan District, 555 Main Street, P.O. Box 800, Hartford, CT  06142

Dated at Hartford, Connecticut this 5th day of August, 2016.

DEBTORS,
BY THEIR ATTORNEY

By: ___/s/   Suzann L Beckett_____
Suzann L. Beckett, Esq. (ct02186)
Beckett Law, LLC
543 Prospect Avenue
Hartford, CT   06105
PH: (860) 236-1111
Fax: (860) 236-0050
Suzannb@beckett-law.com