# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
August 10, 2016

In re:
Samuel Colon Jr.
Last four digits of Social–Security No or other Individual Taxpayer–Identification No (ITIN): xxx–xx–9464

Alice Colon
Last four digits of Social–Security No or other Individual Taxpayer–Identification No (ITIN): xxx–xx–8071
                  Debtor(s)

Case Number: 15–22082 amn
Chapter: 13

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **September 15, 2016** at **12:00 PM** to consider and act upon the following matter(s):

    **Motion for Relief from Stay regarding 75–77 Arnold Street, Hartford, CT 06106. Filed by Patricia Davis on behalf of U.S. Bank National Association, Creditor. (Re: Doc #33)**

**NOTE:** If the Filer or the Filer's attorney does not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: August 10, 2016

For the Court

*Myrna Atwater*
Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lad

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

### INSTRUCTIONS REGARDING THE ATTACHED NOTICE OF HEARING

**TO THE MOVING PARTY**

You are required to serve the attached Notice of Hearing along with these instructions n accordance with the Bankruptcy Rules.

You are required to file a Certificate of Service with the court indicating the names and physical address of each party served.

If you wish to request a continuance of the hearing, you should contact the Courtroom Deputy for the presiding judge.

Myrna Atwater, Clerk of Court