**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re | ) | |
|     SAMUEL COLON & ALICE COLON, | ) | CHAPTER 13 |
|     DEBTORS | ) | CASE NO: 15-22082 |
| _____ | ) | |

CERTIFICATE OF SERVICE
AS TO FIRST APPLICATION FOR COMPENSATION

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002, and 7004, the undersigned certifies that, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

1. Documents Served:
   a. Application for Compensation
   b. Proposed Order

2. Parties Served Via First Class Mail:
   a. Samuel Colon & Alice Colon, 77 Arnold Street Hartford,   CT 06106

3. Parties Served Electronically:
   a. Molly T. Whiton, Trustee (mtwhiton@mtwhiton.com)
   b. Office of the U.S. Trustee (USTPRegion02.NH.ECF@USDOJ.GOV)
   c. David Lavery, Esq. (dlavery@ctfairhousing.org)

Dated:   August 24, 2016                    _/s/ Suzann L. Beckett_____
                                            Suzann L. Beckett
                                            Beckett Law, LLC
                                            543 Prospect Avenue
                                            Hartford, CT   06105
                                            Ph:   860-236-1111
                                            Fax:   860-236-0050
                                            SuzannB@Beckett-Law.com